UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61445-CIV-DIMITROULEAS

Bradley R. Hennenfent,

    Plaintiff,

vs.

Medicare, Medicare Appeals Council
Humana Insurance Company
Maximus Federal Services, OMHA
Lawrence Lasalle,

    Defendants.
_____/

### ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint is to be perfected upon the defendant within 120 days after the filing of the complaint. A review of the Court record reveals that the Complaint in the present action was filed on September 14, 2009, yet there is no indication that Defendants Medicare Appeals Council and Lawrence Lasalle have been served.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before January 28, 2010, the Plaintiff shall either perfect service upon Defendants Medicare Appeals Council and Lawrence Lasalle in the above-styled cause, show that service has already been made, or show good cause as to why service has not been perfected. Failure to timely respond may result in dismissal of these Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of January, 2010.

							WILLIAM P. DIMITROULEAS
							United States District Judge

Copies furnished to:
Counsel of record