UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61445-CIV-DIMITROULEAS

Bradley R. Hennenfent,

    Plaintiff,

vs.

Medicare, Medicare Appeals Council
Humana Insurance Company
Maximus Federal Services, OMHA
Lawrence Lasalle,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Defendant Humana Insurance Company's Motion to Dismiss and/or for More Definite Statement and Memorandum of Law [DE-5], filed herein on January 4, 2010.  The Court has carefully considered the Motion and is otherwise fully advised in the premises.  As of the date of this Order, no response has been filed and the time for such filing has passed.  *See* S.D. Fla. L.R. 7.1(C)(1).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause no later than February 1, 2010, why the instant Motion should not be granted.  A failure to timely respond may result in the Court granting the Motion by default.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 22nd day of January, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Bradley R. Hennenfent
2327 Palm Key Court
Sebring, FL 33870