**United States District Court for the Southern District of Florida**
Case No. 09 -- 61445 -- CIV -- Dimitrouleas
Friday, February 5th, 2010

Bradley Hennenfent, M.D.
2327 Palm Key Court
Sebring, FL 33870
Cell: 309-221-7246
E-fax: 206-350-1242
E-mail: Hennenfent@gmail.com

Judge William P. Dimitrouleas
Federal District Court Miami
Clerk of the Court
400 N. Miami Ave
Miami, FL 33128

Dear Judge Dimitrouleas,

Enclosed is irrefutable proof that I did send the response you requested before the deadline of
February 1st, 2010. It was sent via overnight mail with at least a day to spare.

I called the court at 11:29 a.m. on 1/25/2010 just to get directions on how to send the
response via mail and followed the court's directions exactly. I called the court because there
was no return address on your letter to me, and no directions on the letter for where to
respond. So, I am making a motion, or a request, to overturn the dismissal of the case.

Enclosed is: 1. the UPS overnight mail tracking information, 2. the receipt for overnight mail,
and 3. the shipping label used, and 4. a copy of response letter sent by me and received by the
court on 1/28/2010 at 2:08 p.m. and signed for Juan Perez, and 5. a copy of the order by you,
Judge Dimitrouleas, that I am responding to.

Thank you and best regards.


Sincerely,

Bradley Hennenfent, M.D.

Page 1 of 1



United States

My UPS   Shipping   Tracking   Freight   Locations   Support   Business Solutions

WorldShip Customer   Search   Submit Query

## Track Shipments

Track Packages & Freight | Quantum View | Flex Global View

**Tracking Detail**

Your package has been delivered. To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 12W69R210345427893   Save |
| Status: | Delivered   Proof of Delivery |
| Delivered On: | 01/28/2010 2:08 P.M. |
| Signed By: | JUAN PEREZ |

Location:
Delivered To:          OFFICE
                       400 N MIAMI AVE
                       1FLR
                       MIAMI, FL, US  33128

Shipped/Billed On:     01/27/2010
Reference Number(s):   64997 - 01/27/2010, 40205673402778.01
Type:                  Package
Service:               GROUND
Weight:                1.00 Lb

**Need to send e-mail notifications?**

Use UPS Quantum View Notify® to send delivery or exception notifications.

E-mail Notifications

**Need to make a claim?**

Report lost or damaged shipments, or an uncollected C.O.D.

Report a Claim

Print   Help

Show Package Progress

NOTICE: UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Previous

Copyright © 1994-2010 United Parcel Service of America, Inc. All rights reserved.

https://wwwapps.ups.com/WebTracking/track?loc=en_US

02/03/2010

```
                Alligator Pack And Ship
                  Phone (863) 382-1890
                   Fax (863) 382-1892

       Store:328    Clerk:2     Register:1
         01/27/2010           4:12:16
               Transaction#:  76258

       Number    Name
       ----------------------------------------
                BRADLEY HENNENFENT
       ----------------------------------------

       UPS  Ground Cm
       Trk#:1ZW69R210345427893 Ref#:54997
       No Value Declared
       Manual Weight: 1.0 lb
       FEDERAL DISTRICT COURT - MIAMI
       Post:33128 Zn:3 Rt Wgt :LTR
                   1@  11.10              11.10
                                         --------
                          SubTotal:      11.10
                                         --------

                       Balance Due:      11.10
                             Cash:       11.10
                                         --------

                           Change:       0.00
```

```
                    Thank You
        US Postal Svcs Subject To Surcharge
     LOSS OR DAMAGE-Unless declared value is
        above $100 the maximum value for
      parcels does not exceed $100. You the
       sender, agree to hold us, the shipper
        and carrier, harmless for damage or
        loss to any parcel or contents caused
       by improper packaging by the sender.
      Claims must be submitted within 15 days
      of the date of the receipt. Only actual
        loss or damage is paid and must be
           supported by proof of value.
      The above information is correct _____
```

**Ship Via:** UPS - Ground Cm

**Shipped For:** BRADLEY HENNENFENT

(309)221-7246

**Ship To:**

FEDERAL DISTRICT COURT - MIAMI
JUDGE WILLIAM P DIMITROULEAS
400 N MIAMI AVE
Miami, FL  33128

**Reference Info:** 64997

Tracking #:   1ZW69R210345427893
Manual Weight: 1.0 lb
Rated Weight: 16.0 oz
Estimated Delivery: 01/29/2010
Processed on: 01/27/2010 4:10:36 PM
Receipt # 76258

X_____



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61445-CIV-DIMITROULEAS

Bradley R. Hennenfent,

Plaintiff,

vs.

Medicare, Medicare Appeals Council
Humana Insurance Company
Maximus Federal Services, OMHA
Lawrence Lasalle,

Defendants.
_____/

## ORDER DISMISSING DEFENDANTS MEDICARE APPEALS COUNCIL AND LAWRENCE LAWRENCE LASALLE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE is before the Court upon January 15, 2010 Order to Show Cause for Failure to Comply with Rule 4(m) of the Federal Rules of Civil Procedure [DE-10]. Plaintiff has failed to respond to the Court's Order despite that the time for doing so has expired.

Rule 4(m) of the Federal Rules of Civil Procedure requires the dismissal of an action if the plaintiff fails to serve the complaint within 120 days after it is filed and does not show good cause for failing to comply with this 120-day requirement. See Cooper v. Associates Financial Svcs. Co., 971 F.2d 640, 641 (11th Cir. 1992); see also Prisco v. Frank, 929 F.2d 603, 604 (11th Cir. 1991) ("the complaint must be dismissed"); Schnabel v. Wells, 922 F.2d 726, 728 (11th Cir. 1991) (dismissal without prejudice was mandated by Rule 4(m)). "To this effect, the federal rules and the Eleventh Circuit cases are unequivocal that an action must be dismissed unless 'good cause' is shown." Cox v. Arizona League of Professional Baseball Clubs, Inc., 151 F.R.D. 436, 437 (M.D. Fla. 1993).

Accordingly, having failed to respond to this Court's Order and thus failed to show good cause, it is **ORDERED AND ADJUDGED** that Defendants Medicare Appeals Council and Lawrence Lasalle are hereby **DISMISSED without prejudice** from this action pursuant to Federal Rule of Civil Procedure 4(m).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of January, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Bradley R. Hennenfent
2327 Palm Key Court
Sebring, FL 33870

**United States District Court for the Southern District of Florida**
Case No. 09 -- 61445 -- CIV -- Dimitrouleas
January 25, 2010.

Judge William P. Dimitrouleas
Federal District Court - Miami Clerk's Office
400 N. Miami Ave
Miami, FL 33128

Bradley R. Hennenfent versus Medicare at al.

Dear Judge William P. Dimitrouleas,

I have received four **order to show cause** letters with an answer due by
February 1, 2010 from you. There are inefficiencies in our
communication process as I just received 3 of these letters today, only 2
days before the last business day before the due date.

There is a motion before you by Attorney George Wickhorst, and perhaps
others representing Humana which is working for Medicare, and perhaps
other defendants.

I would like some help. My health is poor and this is a David versus
Goliath situation. Fighting Medicare for a medication is an unfair
process. I have been buried, literally, in 17 pounds of paperwork - I have
actually weighed it - so far for this Medicare Appeal to get a simple
antibiotic for intestinal bacterial overgrowth syndrome and related
diagnoses. And that does not count the dozens of electronic files I have
also had to deal with. Five doctors, or more, have recommended the
medication based on medical need, yet it is still being denied.

This paperwork is taking virtually every hour that I should be spending
on determining the rate of growth of my brain tumor, working on my
gastrointestinal problems, and on my other medical problems.
Attempting to do paperwork and meet deadlines for this Medicare appeal,
instead of working on my own medical problems, could result in my
death. Furthermore, my hands are painful, which makes typing difficult.
My mind is not clear, and I almost bounced a check last week.

I have tried to get help. It is unfair that I cannot get representation. I
have contacted over a dozen law firms trying to get representation. I
contacted the American Bar Association, the Fort Lauderdale Bar
Association, the Broward Bar Association, American health lawyers
Association. I called Health Care Law attorneys and Elder Law attorneys.
I called the Medicare rights Association. The bar associations have all
been dead ends, usually referring me to more local bar association. The

Florida Bar Association gives me names, but nobody has been willing to take the case. I have talked to over a dozen law firms without success. And I have documented the conversations with about half of them. Some do not even return the call when they hear it is a Medicare case. I have called Florida legal assistance without any luck. I finally had to give up on representation and go "pro se" because it was my understanding that I was about to miss the deadline to file. Despite all my research, I have never found out the name of an attorney who has sued Medicare in the Federal District Court of Miami, for failure to pay for a medication, and won. Nor can I find such information on Google.

**Can you give me some attorney's names who have fought a Medicare Denial for a medication in Federal District Court in Miami and won? Will any of them take such a case on contingency?** It is particularly difficult since the small fortune I once earned has all been spent trying to stay alive.

Medicare has no helpful instructions on how to take them to court. Or how to proceed with all the paperwork once you get to court.

### The Issue of Medical Necessity

**I want to clarify that Medicare bases its medical decisions "regardless as to medical necessity." Is that legally correct?** I see this as a problem because doctors practice medicine based on medical necessity. Then apparently Medicare turns around and makes medical decisions "regardless as to medical necessity."

### Drop Defendant Lawrence LaSalle

Please drop Lawrence LaSalle from the case. I now understand that it is not appropriate to include him in this litigation as he is not representing Medicare, but is a member of the court.

### Humana Mail and Email

I am asking that Humana and all defendants accept service via mail or email.

### Humana Breach of Contract and Compendia Issues

Apparently, I am suing Humana for breach of contract as they are representing Medicare in the appeal process. Apparently, the case falls under The Social Security Act. Medicare, via Humana, has a duty to pay

for treatment prescribed and recommended by physicians, the medical literature, and deemed medically necessary. Medicare, itself, informed me that I would need to pursue the suit in the Federal District Court of Miami, as I live in Highland's Country, which is covered by that court. I am seeking approval from Humana for the current prescription of Xifaxan and for all future refills and prescriptions. Additional damages of $40,000 are listed in the complaint because the delays getting this medication have resulted in epigastric hernia, diastasis recti, and umbilical hernia. Not getting this medication in a timely manner has also caused chest pain, stress, extra doctor appointments, hearing loss, tinnitus, and neuropathy from side effects of other antibiotics taken.

Humana claims that they can deny the medication because:

"Medicare states that a prescription drug is a Part D covered drug only if it is prescribed for a medically accepted indication. This includes FDA-approved uses and off-label uses supported by a citation in the Medicare approved drug compendia (drug reference guides) - the Micromedex Drugdex Information System or the American Hospital Formulary Service Drug Information."

First, there are three compendia, not two. Second, I have repeatedly asked to be shown that the compendia are up to date. I have asked if Medicare pays the compendia for their services and have not had an answer. **Does Medicare pay the compendia for their services? Why are the compendia not open to the public if they are making life and death choices for the public?**

## Maximus Federal Services on the Compendia

Maximus Federal services say that: "The Part D Plan contract states, while a Medicare Prescription Drug Plan can cover off-label uses meaning for uses other than those indicated on a drug's label as approved b the Food and Drug Administration of a prescription drug, we cover the off-label use only in cases where the use is supported by certain reference book citations. Congress specifically listed the reference books that list whether the off-label use would be permitted." This again suggests that Medicare expects competency of the drug compendia and that they will be up-to-date.

"The off-label use of drugs is legally permissible. See, e.g., Weaver v. Reagen, 886 F.2d 194, 198 (8th Cir. 1989) (acknowledging that physician's off-label use of the drug AZT deviated from the conditions for which the drug was approved by the FDA but explaining that, "[a]ccepted

medical practice often includes drug use that is not reflected in approved drug labeling.")."

By relying on the three compendia (American Hospital Formulary, US Pharmacopoeia, and DRUGDEX) for life and death medical decisions, the Government has presumed that the compendia are up to date and accurate so that US Citizens will not die or suffer harm from incompetence or neglect. However, this does not seem to be the case.

"Newly published research shows that the compendia are not doing a good job keeping up with the most current research and incorporating it into their recommendations." - MedicareRights.org

The Micromedex.com website says that Micromedex is "Your source for comprehensive, unbiased, referenced drug information of unsurpassed breadth and depth." How can this be true if it 2 years behind and many syndromes are not reviewed?

The American Hospital Formulary website (ahfsdruginformation.com) says that it is "Comprehensive and Timely." How can this be true if it 2 years behind and many syndromes are not reviewed?

It appears that I do not have proof that all three drug compendia have been contacted. Medicare has provided a document from "Lexi.com" but it unclear why that was provided instead of documents from all three relevant drug compendia showing all citations for Xifaxan, with dates, for the clinical syndromes in question.

Careful review of the documentation provided by Medicare shows that no Xifaxan study after 2007 has ever been reviewed by the medical compendia so far shown to me. Thus the compendia are out of date and cannot be relied upon as adequate references on which to base my request for Xifaxan. A search of Medline reveals that 88 Xifaxan (rifaximin) studies have been published between January 1, 2008 and today. I have also seen no evidence that the drug compendia have done reviews on the use of Xifaxan in Small Intestinal Bacterial Overgrowth Syndrome, Irritable Bowel Sydrome, constipation, chronic constipation, idiopathic constipation, reflux esophagitis, dyspepsia, indigestion, heartburn, dysphagia, flatulence, eructation, gas pain, abnormal bowel sounds, abnormal feces, abdominal pain, post Clostridium difficile prophylaxis, Slow Transit, Outlet dysfunction constipation, small bowel motility disorder, gastroparesis, Disorders of the autonomic nervous system affecting gastrointestinal motility, Inflammatory and toxic neuropathy affecting the gastrointestinal motility, and Idiopathic peripheral autonomic neuropathy affecting gastrointestinal motility, and

Idiopathic peripheral autonomic neuropathy, unspecified, affecting gastrointestinal motility.

Apparently, the only reference made to the manufacturer's data is 2004, which is much too out of date to be relevant to my case.

Medicare is supposed to base its decisions based on medications being in one of three drug compendia. I have repeatedly asked during this process for proof that the compendia are up to date and for the full citations in the compendia. It would seem to me that the least the government health care system could is review the medical literature again when a case is brought up before them, although the remedy I am seeking is for Medicare to agree with five physicians that Xifaxan is appropriate in my case.

## *Humana Diagnoses Problem*

Humana keeps trying to insist there is only one diagnosis, when in fact there are 23 overlapping diagnoses pertinent to this medication and all have been documented in my medical record. It would be more accurate to say that Medicare only provides space on its Form for the attending physician to write down one diagnosis. The overlapping diagnoses make Xifaxan the only currently available appropriate antibiotic to use.

The Social Security Act states: "(C) A covered outpatient drug may be excluded with respect to the treatment of a specific disease or condition for an identified population (if any) **only if**, based on the drug's labeling … **the excluded drug does not have a significant, clinically meaningful therapeutic advantage in terms of safety, effectiveness, or clinical outcome** of such treatment for such population over other drugs included in the formulary and there is a written explanation (available to the public) of the basis for the exclusion."

Humana Step therapy for Xifaxan in Small Bowel Intestinal Overgrowth includes ciprofloxacin, metronidazole, clindamycin, neomycin, and lactualose. I already took ciprofloxacin for this and had a bad neurologic reaction. I already took neomycin for this and had a bad neurologic reaction. In the past, I have had neurologic reactions to metronidazole and clindamycin, so they should be avoided as well. Lactulose has been ineffective. This leaves Xifaxan as the drug having "**significant, clinically meaningful therapeutic advantage in terms of safety, effectiveness, or clinical outcome** of such treatment for such population over other drugs included in the formulary."

## *Exhausting Appeals*

The second legal question is, did I exhaust all my appeals before filing this lawsuit. I believed that I had. Although as there was 17 pounds of paperwork dumped on a disabled person it is difficult to tell. However I would like not to lose the approximately $400 I have spent filing this case and serving documents. Humana has kept me confused. In a letter dated September 16th, 2009 Humana APPROVED Xifaxan for me. Sometime after that they denied it again. There have been so many steps involved that I was under the impression that all administrative avenues had been exhausted.

I called Marjorie Rhines at the Office of Medicare Hearings and Appeals today to clarify that Medicare is still denying the medication and that I have exhausted all administrative options, but I was only able to leave a message. It was previously my understanding that I had to request judicial review within 60 days of getting my last denial.

So, it is currently my understanding that the drug is being denied and there is nothing further I can do but sue. **I would ask the court to wait some time before ruling if the administrative process is not complete and was misunderstood by me so that the suit will not have to be filed again.**

Problems with the defendant's arguments can also be seen in the letter by the Medicare Appeals Council dated September 4th, 2009 which is attached to this document. Especially since the letter granting me approval for Xifaxan led me to believe that the appeal process was complete.

## Cost of Xifaxan per Year

I moved forward with the suit in Miami Federal District court because the antibiotic Xifaxan will be needed several times per year, because the neurologic damage I have appears chronic, affects GI motility, and thus the clinical syndromes will keep recurring. This is why I was given three refills on the initial prescription of 10/30/2008. In subsequent discussions with my doctor this has been reconfirmed. As such, the medication is expected to be needed at least 4 times per year. The cheapest prescription price I was able to obtain so far was $537.96 at Walgreens. However the prices have gone up since then. Four times per year at that price would be $2,151.84.

### We Know it Works

We are no longer discussing the issue of whether the medication might work according to the FDA, the medical literature, or the three drug compendia. We now know that the medication does work for my constellation of overlapping diagnoses and thus the situation is now different. We know the medication is so far safe and effective for me.

### Rule in My Favor

I would ask the court to rule in my favor ASAP as the evidence is clear and overwhelming that I benefit from the medication and am harmed by not receiving it. Or suggest that Medicare honor the letter of September 16th, 2009. Or I would as the court to motion for judgment upon default since the Drug Compendia used as references have not been shown to be consulted in full, or to be up-to-date.

My best regards,

Bradley R. Hennenfent, MD

**ELECTRONIC COPIES TO:**
Andrew Scott Berman
aberman@ybklaw.com
gwickhorst@ybkglaw.com
mherrera@ybkglaw.com
Karusha Young Sharpe
Sharpek@gtlaw.com
tassinarip@gtlaw.com

Attachments: September 16th letter from Human Approving Xifaxan